SOLOMON S. GOLDSMITH v. PHILIP HANDELMAN et al., Individually and as Copartners Doing Business under the Name of HANDELMAN & IVES.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs, and stay vacated. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See *ante,* p. 880.]

■

MADISON AVENUE PROPERTIES CORP., Respondent, v. ROYAL INSURANCE COMPANY, LIMITED, et al., Defendants and Third-Party Plaintiffs-Appellants. ARC ELECTRICAL CONSTRUCTION CO., INC., Third-Party Defendant-Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan and Bergan, JJ. [See *ante,* p. 641.]

■

In the Matter of SOL SCHENFELD, Appellant, against CATHERINE LAWLOR et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan and Breitel, JJ. [See *ante,* p. 265.]

## SECOND DEPARTMENT, MAY, 1953.

## (May 4, 1953.)

■

ALGONQUIN GAS TRANSMISSION COMPANY, Appellant, v. E. W. REALTY CORPORATION, Respondent, et al., Defendants. (Proceeding No. 1.) (And Ten Other Proceedings.) — Motion to recall remittitur and, upon such recall, to resettle orders denied, without costs. Present — Nolan, P. J., Carswell, Adel and Wenzel, JJ.; Beldock, J., not voting. [See *ante,* pp. 898, 983.]

■

MAE R. COOLEY, Appellant, v. LEE BERMAN, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ.

■

HELEN B. FINER, as Administratrix with the Will Annexed of ARTHUR T. FINER, Deceased, Appellant, v. BERGEN SERVICE CORP. et al., Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ. [See *ante,* p. 893.]

■

CELIA Z. GLOTZER, Respondent, v. BENJAMIN D. GLOTZER, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ. Motion for reargument denied, without costs. Motion for stay denied, without costs. Present — Nolan, P. J., Carswell, Adel and MacCrate, JJ.; Beldock, J., not voting. [See *ante,* p. 979.]